IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| YADIRA URANGA, | § | |
| | § | |
| *Plaintiff*, | § | |
| v. | § | |
| | § | |
| MIDLAND ODESSA URBAN TRANSIT | § | CIVIL ACTION NO. 7:20-CV-0021-DC |
| DISTRICT, CITY OF ODESSA, TEXAS, | § | |
| CITY OF MIDLAND, TEXAS, RATP DEV | § | |
| USA, INC., MIDLAND-ODESSA TRANSIT | § | |
| MANAGEMENT, INC., | § | |
| | § | |
| *Defendants*. | § | |
| | § | |

**PLAINTIFF'S NOTICE OF EXCHANGE OF RULE 26(a)(2) EXPERT DISCLOSURES**

Yadira Uranga ("Plaintiff") has served her Rule 26(a)(2) disclosures concerning expert witnesses and his Billing Records on September 16, 2020.

DATED: September 17, 2020

                                                  Respectfully submitted,

                                                  *s/Christopher McGreal*
                                                  **CHRISTOPHER P. MCGREAL**
                                                  TX State Bar No. 24051774
                                                  Phone: (214) 845-4056
                                                  Email: cmcgreal@drtx.org
                                                  **RACHEL B. COHEN-MILLER**

                                                  TX State Bar No. 24064301
                                                  Phone: (214) 845-4069
                                                  Email: rmiller@drtx.org
                                                  DISABILITY RIGHTS TEXAS
                                                  1420 Mockingbird Lane, Suite 450
                                                  Dallas, Texas 75247
                                                  Fax: (214) 630-3472

                                                  **MARK OUALLINE**
                                                  LEGAL AID OF NORTHWEST TEXAS

1001 Main St., Ste. 502
Lubbock, Texas 79401
Phone: (806) 763-4557 ext. 6050
Fax: (806) 765-7201
Email: ouallinem@lanwt.org

**MARVILYN E. B. BOHANNAN**
LEGAL AID OF NORTHWEST TEXAS
620 N. Grant Ave., Suite 410
Odessa, Texas 79761
Phone: (432) 332-1207, ext. 4504
Fax: (432) 334- 6848
Email: bohannanm@lanwt.org

*Attorneys for Plaintiff Yadira Uranga*

# CERTIFICATE OF SERVICE

I certify that a copy of the foregoing instrument was served on all parties through their respective counsel of record in accordance with Rule 5 of the Federal Rules of Civil Procedure on September 17, 2020, via email and certified mail to the attorneys below:

**JON MARK HOGG**
State Bar No. 00784286
JACKSON WALKER L.L.P.
136 W. Twohig Ave., Suite B
San Angelo, Texas 76903
(325) 481-2560
(325) 481-2585 – Facsimile
jmhogg@jw.com

**AMANDA CROUCH**
State Bar No. 24077401
JACKSON WALKER L.L.P.
112 East Pecan Suite 2400
San Antonio, Texas 78205
(210) 978-7784
(210) 242-4684 - Facsimile
acrouch@jw.com

*Attorneys for Defendants Midland Odessa Urban Transit District, RATP-Dev, USA, Inc., and Midland-Odessa Transit Management, Inc.*

**DANIEL C. JONES**
Senior Assistant City Attorney
Texas Bar No. 24110838
Phone: (432) 335-3289
Email: dcjones@odessa-tx.gov

**ROBERT O. CARROLL**
Senior Assistant City Attorney
Texas Bar No. 24097465
Phone: (432) 335-4181
Email: rcarroll@odessa-tx.gov
CITY OF ODESSA
411 W. 8th Street
P.O. Box 4398
Odessa, Texas 79760

*Attorneys for City of Odessa*

**AARON M. DORFNER**
State Bar No. 24040824
adorfner@cbtd.com

**MELINDA D. HAMM**
State Bar No. 24059924
mhamm@cbtd.com
COTTON, BLEDSOE, TIGHE & DAWSON
A Professional Corporation
P. O. Box 2776
Midland, Texas 79702
Phone: (432) 684-5782
Fax: (432) 682-3672

*Attorneys for Defendants, City of Midland, Texas*

*s/ Christopher McGreal*
Christopher McGreal