**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

| | | |
|---|---|---|
| **YADIRA URANGA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 7:20-CV-21** |
| | § | |
| **MIDLAND ODESSA URBAN** | § | |
| **TRANSIT DISTRICT, CITY OF** | § | |
| **ODESSA, TEXAS, CITY OF** | § | |
| **MIDLAND, TEXAS, RATP DEV** | § | |
| **USA, INC., and MIDLAND-** | § | |
| **ODESSA TRANSIT** | § | |
| **MANAGEMENT, INC.,** | § | |
| | § | |
| **Defendants.** | § | **JURY DEMANDED** |

**JOINT AGREED MOTION TO EXTEND EXPERT, DISCOVERY**
**AND DISPOSITIVE MOTIONS DEADLINES**

TO THE HONORABLE JUDGE JAMES WESLEY HENDRIX:

Plaintiff, YADIRA URANGA and Defendants MIDLAND ODESSA URBAN

TRANSIT DISTRICT, CITY OF ODESSA, TEXAS, CITY OF MIDLAND, TEXAS, RATP

DEV USA, INC., and MIDLAND-ODESSA TRANSIT MANAGEMENT, INC. (collectively

the "Parties") hereby request that the Court grant an extension of time for the Defendants' expert

deadline, the discovery deadline and the dispositive motions deadline currently set for October

28, 2020, November 4, 2020 and December 4, 2020.

    1.    The Court entered its amended scheduling order on August 5, 2020 (Dkt. 28)

            which set the Defendants' expert deadline on October 28, 2020, the discovery

            deadline on November 4, 2020 and the dispositive motions deadline on December

            4, 2020.  This case is currently set for a jury trial on August 2, 2021.

2.      The Parties have been engaged in written discovery and depositions.  However, due to scheduling issues related to the number of parties involved in this case and other settings, additional depositions need to be conducted prior to trial. Specifically, Plaintiff's deposition has not yet been taken and needs to be taken prior to the close of discovery.  Plaintiff also needs to take Defendants' expert deposition and Defendants need to take Plaintiff's expert deposition.  The Parties request the discovery deadline be extended to December 31, 2020 so that discovery may be completed.

3.      Defendants' expert needs an additional two weeks to finalize his report due to scheduling issues in other cases and the niche nature of the legal issues in this dispute.  The Parties request the Court to extend the Defendants' expert deadline to November 11, 2020.

4.      The Parties also request an extension of the dispositive motions deadline to permit motions to be filed once discovery is closed.  The Parties request the Court to extend the dispositive motions deadline to February 1, 2021.

5.      Counsel for the Parties have conferred and agreed to the extensions requested in this Motion.  The Parties' request does not impact the current pretrial deadlines or the date this case is set for trial.

ACCORDINGLY, the Parties request that the Court grant the extensions requested herein, extend the Defendants' expert deadline to November 11, 2020, the discovery deadline to December 31, 2020, extend the dispositive motions deadline to February 1, 2021, and for such other relief to which the Parties may show themselves justly entitled.

Respectfully submitted,

/s/ Christopher McGreal
Christopher P. McGreal
State Bar No. 24051774
cmcgreal@drtx.org
Rachel B. Cohen-Miller
State Bar No. 24064301
rmiller@drtx.org
Disability Rights Texas
1420 Mockingbird Lane, Suite 450
Dallas, Texas  75247
(214) 845-4069
(214) 630-3472 – Facsimile
ATTORNEYS FOR PLAINTIFF


/s/ Amanda N. Crouch
Jon Mark Hogg
State Bar No. 00784286
jmhogg@jw.com
Amanda N. Crouch
State Bar No. 24077401
JACKSON WALKER L.L.P.
136 W. Twohig, Suite B
San Angelo, Texas  76903
(325) 481-2560
(325) 481-2585 – Facsimile

JACKSON WALKER L.L.P.
112 East Pecan Street, Suite 2400
San Antonio, Texas  78205
acrouch@jw.com
(210) 978-7700
(210) 978-7790 – Facsimile
ATTORNEYS FOR DEFENDANTS
MIDLAND ODESSA URBAN TRANSIT
DISTRICT, RATP DEV USA, INC.,
and MIDLAND-ODESSA TRANSIT
MANAGEMENT, INC.

/s/ Aaron M. Dorfner
Aaron M. Dorfner
State Bar No. 24040824
adorfner@cbtd.com
Melinda D. Hamm
State Bar No. 24059924
mhamm@cbtd.com
COTTON, BLEDSOE, TIGHE & DAWSON
A Professional Corporation
P.O. Box 2776
Midland, Texas  79702
(432) 684-5782
(432) 682-3672 – Facsimile
ATTORNEYS FOR DEFENDANT,
CITY OF MIDLAND, TEXAS


/s/ Daniel C. Jones
Daniel C. Jones
Senior Assistant City Attorney
State Bar No. 24110838
dcjones@odessa-tx.gov
CITY OF ODESSA
411 W. 8th Street
P.O. Box 4398
Odessa, Texas  79760
(432) 335-3289
ATTORNEYS FOR DEFENDANT,
CITY OF ODESSA, TEXAS


## **CERTIFICATE OF SERVICE**

This is to certify that on the 14th day of October, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notice of such filing to all attorneys of record on file.


/s/ Amanda N. Crouch
Amanda N. Crouch