IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| | | |
|---|---|---|
| YADIRA URANGA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 7:20-CV-21 |
| | § | |
| MIDLAND ODESSA URBAN | § | |
| TRANSIT DISTRICT, CITY OF | § | |
| ODESSA, TEXAS, CITY OF | § | |
| MIDLAND, TEXAS, RATP DEV | § | |
| USA, INC., and MIDLAND- | § | |
| ODESSA TRANSIT | § | |
| MANAGEMENT, INC., | § | |
| | § | |
| Defendants. | § | JURY DEMANDED |

**ORDER GRANTING JOINT AGREED MOTION TO
EXTEND EXPERT, DISCOVERY AND DISPOSITIVE MOTIONS DEADLINES**

On this day came to be considered Plaintiff YADIRA URANGA and Defendants MIDLAND ODESSA URBAN TRANSIT DISTRICT, CITY OF ODESSA, TEXAS, CITY OF MIDLAND, TEXAS, RATP DEV USA, INC., and MIDLAND-ODESSA TRANSIT MANAGEMENT, INC.'s Joint Agreed Motion to Extend Expert, Discovery and Dispositive Motions Deadlines (the "Motion"). The Court, having considered the Motion, the evidence cited therein, and any responses thereto, is of the opinion that the Motion is well taken and should in all respects be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendants' expert deadline is extended to November 11, 2020, the discovery deadline is extended to December 31, 2020 and the dispositive motions deadline is extended to February 1, 2021.

**SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE

27061597